## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KOBE PINKNEY,                                        Civil Action No.: 1:19-CV-00167-RAL

      Plaintiff,

  v.

MEADVILLE, PENNSYLVANIA; POLICE
CHIEF MICHAEL J. TAUTIN; PATROLMAN
JARED FRUM; ALLEGHENY COLLEGE;
SERGEANT WILLIAM MERCHBAKER;
FIRST ASSISTANT DISTRICT ATTORNEY
PAULA DIGIACOMO; MEADVILLE
TRIBUNE; COMMUNITY NEWSPAPER
HOLDINGS, INC.; and KEITH GUSHARD,

      Defendants,

### THE MEDIA DEFENDANTS' MOTION TO DISMISS
### COUNTS VII AND IX, WITH PREJUDICE

Now come Defendants, Meadville Tribune, Community Newspaper Holdings, Inc., and

Keith Gushard (collectively, the "Media Defendants"), by and through their undersigned counsel,

and move this Court under Fed. R. Civ. P. 12(b)(6) to dismiss those claims against them, Counts

VII and IX, with prejudice, for failure to state a claim for the reasons set forth in detail in the

accompanying brief.

Respectfully submitted,

Date:  August 21, 2019

/s/*Charles Kelly*
Charles Kelly, Esq. (PA 51942)
*Charles.Kelly@saul.com*
SAUL EWING ARNSTEIN & LEHR
One PPG Place, 30th Floor
Pittsburgh, PA 15222
Tel.: (412) 209-2500
Fax: (412) 209-2585
*Attorney for Defendants Meadville Tribune,*
*Community Newspaper Holdings, Inc., and*
*Keith Gushard*