IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KOBE PINKNEY,

    Plaintiff,

v.

MEADVILLE, PENNSYLVANIA; POLICE
CHIEF MICHAEL J. TAUTIN; PATROLMAN
JARED FRUM; ALLEGHENY COLLEGE;
SERGEANT WILLIAM MERCHBAKER;
FIRST ASSISTANT DISTRICT ATTORNEY
PAULA DIGIACOMO; MEADVILLE
TRIBUNE; COMMUNITY NEWSPAPER
HOLDINGS, INC.; and KEITH GUSHARD,

    Defendants,

Civil Action No.: 1:19-CV-00167-RAL

## ORDER

AND NOW, this _____ day of _____ 2019, after consideration of Defendants' Motion to Dismiss, and any response thereto, it is HEREBY ORDERED that the Motion is GRANTED. Plaintiff's Complaint against Defendants Meadville Tribune, Community Newspaper Holdings, Inc., and Keith Gushard is HEREBY DISMISSED WITH PREJUDICE. The Clerk of Court shall mark this case CLOSED.

                                       BY THE COURT:

                                       _____
                                       Judge Richard A. Lanzillo
                                       United States District Judge