EXHIBIT A

04-18-'19 10:02 FROM- District Ct 30-2-01    814-333-6587    T-546 P0002/0008 F-335

| COMMONWEALTH OF PENNSYLVANIA<br>COUNTY OF: CRAWFORD | | | **POLICE CRIMINAL COMPLAINT**<br>**COMMONWEALTH OF PENNSYLVANIA**<br>**VS.** | | |

Magisterial District Number: 30-2-01
MDJ: Hon. SAMUEL VINCENT PENDOLINO
Address: 894 DIAMOND PARK
COURTROOM
MEADVILLE PA 16335

Telephone: 814-724-2736

| DEFENDANT: | | *(NAME and ADDRESS):* |
|---|---|---|
| KOBE | MALIK | PINKNEY |
| First Name | Middle Name | Last Name    Gen. |

15617 SIR EDWARDS DRIVE
UPPER MARLBORO MD 20772

Telephone:

### NCIC Extradition Code Type

| | | | |
|---|---|---|---|
| ☑ 1-Felony Full | ☐ 5-Felony Pend. | ☐ C-Misdemeanor Surrounding States | ☐ Distance: |
| ☐ 2-Felony Ltd | ☐ 6-Felony Pend. Extradition Determ. | ☐ D-Misdemeanor No Extradition | |
| ☐ 3-Felony Surrounding States | ☐ A-Misdemeanor Full | ☐ E-Misdemeanor Pending | |
| ☐ 4-Felony No Ext. | ☐ B-Misdemeanor Limited | ☐ F-Misdemeanor Pen. Extra. Determ. | |

### DEFENDANT IDENTIFICATION INFORMATION

| Docket Number<br>CR-126-19 | Date Filed<br>4-11-19 | OTN/LiveScan Number<br>U 697627-0 | Complaint/Incident Number<br>19-0003211 | Request Lab Services?<br>YES ☐    NO ☑ |
|---|---|---|---|---|

| GENDER | DOB 8/8/1998 | POB | | Add'l DOB | | Co-Defendant(s) ☐ |
|---|---|---|---|---|---|---|
| ☑ Male<br>☐ Female | First Name<br>AKA | | Middle Name | | Last Name | Gen. |

| RACE | ☐ White | ☐ Asian | ☑ Black | ☐ Native American | ☐ Unknown |
|---|---|---|---|---|---|

| ETHNICITY | ☐ Hispanic | | ☑ Non-Hispanic | | ☐ Unknown | |
|---|---|---|---|---|---|---|

| HAIR COLOR | ☐ GRY (Gray) | ☐ RED (Red/Aubn.) | ☐ SDY (Sandy) | ☐ BLU (Blue) | ☐ PLE (Purple) | ☐ BRO (Brown) |
|---|---|---|---|---|---|---|
| | ☑ BLK (Black) | ☐ ONG (Orange) | ☐ WHI (White) | ☐ XXX (Unk./Bald) | ☐ GRN (Green) | ☐ PNK (Pink) |
| | ☐ BLN (Blonde / Strawberry) | | | | | |

| EYE COLOR | ☐ BLK (Black) | ☐ BLU (Blue) | ☑ BRO (Brown) | ☐ GRN (Green) | ☐ GRY (Gray) |
|---|---|---|---|---|---|
| | ☐ HAZ (Hazel) | ☐ MAR (Maroon) | ☐ PNK (Pink) | ☐ MUL (Multicolored) | ☐ XXX (Unknown) |

| DNA | ☐ YES ☑ NO    DNA Location | | WEIGHT (lbs.) |
|---|---|---|---|
| FBI Number | | MNU Number | 225 |
| Defendant Fingerprinted: | ☐ YES ☑ NO | | Ft. HEIGHT  In. |
| Fingerprint Classification: | | | 6      0 |

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat ☐ | Registration<br>Sticker (MM/YY) | Comm'l Veh.<br>Ind. ☐ | School<br>Veh. ☐ | Oth. NCIC Veh. Code | Reg.<br>same<br>as Def. ☐ |
|---|---|---|---|---|---|---|---|
| VIN | | Year | Make | Model | Style | Color | |

Office of the attorney for the Commonwealth ☐ Approved ☐ Disapproved because: _____

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. See Pa.R.Crim.P. 507)

_____        _____        _____
(Name of the attorney for the Commonwealth)    (Signature of the attorney for the Commonwealth)    (Date)

I, JARED M FRUM
(Name of the Affiant)
of Meadville City Police Dept.
(Identify Department or Agency Represented and Political Subdivision)
do hereby state: (check appropriate box)
1.  ☑ I accuse the above named defendant who lives at the address set forth above
    ☐ I accuse the defendant whose name is unknown to me but who is described as

    ☐ I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have
    therefore designated as John Doe or Jane Doe

35542 / 47
(PSP/MPOETC -Assigned Affiant ID Number & Badge #
PA0200100
(Police Agency ORI Number)

with violating the penal laws of the Commonwealth of Pennsylvania at [ 301    ]    MEADVILLE
(Subdivision Code)    (Place-Political Subdivision)
299 CHESTNUT ST, MEADVILLE PA 16335

in CRAWFORD            County [ 20    ] on or about Sunday,    04/07/2019 01:00 to 04/07/2019 01:28
(County Code)    (Offense Date)

AOPC 412A – Rev. 07/18            ORIGINal            Page 1 of 6

04-18-'19 10:03 FROM- District Ct 30-2-01    814-333-6587    T-546  P0003/0008  F-335



# POLICE CRIMINAL COMPLAINT

| Docket Number: CR-126-19 | Date Filed: 4-11-19 | OTN/LiveScan Number U 697627-0 | Complaint/Incident Number 19-0003211 |
|---|---|---|---|
| Defendant Name | First: KOBE | Middle: MALIK | Last: PINKNEY |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa. C.S.§4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s), numbered 1 through  6.

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.
**(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

_____4-11_____ - _2018_____    _____#47
(Date)          (Year)          (Signature of Affiant)

AND NOW, on this date _April_ _11_ _2019_ I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

SEAL

30-2-01
(Magisterial District Court Number)          _____
(Issuing Authority)

 **POLICE CRIMINAL COMPLAINT**

| Docket Number:<br>CR-126-19 | Date Filed:<br>4-11-19 | OTN/LiveScan Number<br>U 697627-0 | Complaint/Incident Number<br>19-0003211 |
|---|---|---|---|
| Defendant Name | First:<br>KOBE | Middle:<br>MALIK | Last:<br>PINKNEY |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

| Inchoate Offense | ☐ Attempt 18 901 A | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | | | Number of Victims Age 60 or Older 0 | |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | 1 | 2702 | A1 | of the Title 18 | 1 | F1 | | 04 | |
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code | |
| PennDOT Data (if applicable) | | Accident Number | | | ☐ Interstate | | ☐ Safety Zone | | ☐ Work Zone |

Statute Description (include the name of statute or ordinance):
AGGRAVATED ASSAULT-GENERAL

Acts of the accused associated with this Offense:

AggravatedAssault
Explanation: Causes or attempts serious bodily injury under circumstances manifesting extreme indifference to the value of human life. Not a mandatory case under 42 Pa.C.S.A. 9712. Citation: 18 Pa.C.S.A. 2702(a)(1); Grade: F1; Penalty: 20yrs./ $25,000; Mandatory Sentence?: N
TEXT: THE DEFENDANT DID, on or about April 7, 2019, attempt to cause serious bodily injury to another, or causes such injury intentionally, knowingly or recklessly under circumstances manifesting extreme indifference to the value of human life, TO WIT:  Defendant did punch the victim, Rhet Happel, in the left side of the face causing extensive injuries that required emergency surgery.  This act did occur at 299 Chestnut inside the City of Meadville.

| Inchoate Offense | ☐ Attempt 18 901 A | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | | | Number of Victims Age 60 or Older 0 | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 2 | 2701 | A1 | of the Title 18 | 1 | M2 | | 04E | |
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code | |
| PennDOT Data (if applicable) | | Accident Number | | | ☐ Interstate | | ☐ Safety Zone | | ☐ Work Zone |

Statute Description (include the name of statute or ordinance):
SIMPLE ASSAULT-GENERAL

Acts of the accused associated with this Offense:

Simple Assault
Explanation: Attempts or causes bodily injury.  Charge this offense when the crime is not one of "mutual combat."Citation: 18 Pa.C.S.A. 2701(a)(1); Grade: M2; Penalty: 2yrs./$5,000; Mandatory Sentence?: N
TEXT: THE DEFENDANT DID, on or about April 7, 2019, attempt to cause or intentionally, knowingly or recklessly caused bodily injury to another, TO WIT:  Defendant did punch the victim, Rhet Happel, in the left side of the face causing extensive injuries that required emergency surgery.  This act did occur at 299 Chestnut Street inside the City of Meadville.

04-18-'19 10:04 FROM- District Ct 30-2-01    814-333-6587    T-546  P0005/0008 F-335

## POLICE CRIMINAL COMPLAINT

| Docket Number: CR-126-19 | Date Filed: 4-11-19 | OTN/LiveScan Number 469 7627-0 | Complaint/Incident Number 19-0003211 |
|---|---|---|---|

| Defendant Name | First: KOBE | Middle: MALIK | Last: PINKNEY |
|---|---|---|---|

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 |
|---|---|---|---|---|

| ☐ | Lead? | 3 Offense# | 2709 Section | A1 Subsection | of the | Title 18 PA Statute (Title) | 1 Counts | S Grade | NCIC Offense Code | 04E UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|---|

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
HARRASSMENT/ PHYSICAL STRIKE KICK

Acts of the accused associated with this Offense:

Harassment    Explanation: Strikes, shoves, kicks or otherwise subjects him to physical contact, or attempts or threatens to do the same. Eff. 6/23/93. Act 28 of 1993, signed 6/23/93. Citation: 18 Pa.C.S.A. 2709(a)(1); Grade: S; Penalty: 90days/ $300; Mandatory Sentence?: N
TEXT: THE DEFENDANT DID, on or about April 7, 2019, with intent to harass, annoy or alarm another person, strike, shove, kick or otherwise subject another person to physical contact, or the defendant attempted or threatened to do the same, TO WIT: Defendant did punch the victim, Rhet Happel, in the left side of the face causing extensive injuries that required emergency surgery. This act did occur at 299 Chestnut Street inside the City of Meadville.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 |
|---|---|---|---|---|

| ☐ | Lead? | 4 Offense# | 5503 Section | A1 Subsection | of the | Title 18 PA Statute (Title) | 1 Counts | S Grade | NCIC Offense Code | 24 UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|---|

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
DISORDERLY CONDUCT-FIGHTING/THREATENING VIOL BEH

Acts of the accused associated with this Offense:

Disorderly Conduct
Explanation: Summary offense. Engages in fighting or threatening, or in violent or tumultuous behavior. Citation: 18 Pa.C.S.A. 5503(a)(1); Grade: S; Penalty: 90days/$300; Mandatory Sentence?: N
TEXT: THE DEFENDANT DID, on or about April 7, 2019, with the intent to cause public inconvenience, annoyance or alarm, or recklessly creating a risk thereof, the defendant engaged in fighting or threatening, or in violent or tumultuous behavior, TO WIT: Defendant did punch the victim, Rhet Happel, in the left side of the face causing extensive injuries that required emergency surgery. This act did occur at 299 Chestnut Street inside the City of Meadville.

AOPC 412A – Rev. 07/18                                                    Page 4 of 6

04-18-'19 10:04 FROM- District Ct 30-2-01    814-333-6587    T-546  P0006/0008 F-335

## POLICE CRIMINAL COMPLAINT

| Docket Number: C.R-126-19 | Date Filed: 4-11-19 | OTN/LiveScan Number U 697627-0 | Complaint/Incident Number 19-0003211 |
|---|---|---|---|
| Defendant Name | First: KOBE | Middle: MALIK | Last: PINKNEY |

## AFFIDAVIT of PROBABLE CAUSE

Your affiant is Patrolman Jared Frum of the Meadville City Police Department. I have been employed with the City of Meadville Police Department since October of 2008. Based on the following facts and circumstances your affiant believes enough probable cause exists for the defendant to be charged with PACC2702(a)(1) - Aggravated Assault; grading of Felony of the Firs Degree, PACC2701(a)(1) - Simple Assault; grading of Misdemeanor of the Second Degree, PACC2709(a)(1) - Harrasment; grading of Summary, and PACC5503(a)(1) - Disorderly Conduct; grading of Summary.

On April 7, 2019, I was on patrol in the area of the Academy Theatre when I noticed a male walking into the middle of the street just west of Julian's Bar. I stopped my cruiser and was approached by four males and two were carrying a third male. The third male identified as Rhet Happel had an extremely swollen left side of the face to the point that his left eye was swollen shut. One of the male holding him stated that he thinks he has a broken orbital. I told them to walk to the south side sidewalk and I would get an ambulance to our location. I then radioed dispatch my location and the complaint. I then exited my cruiser and one of the males stated, "I think he was assaulted." He then brought up an incident that happened the night before where we got dispatched to Julian's Bar for an unconscious female in the bathroom. They stated that Happel was wrongfully being accused of "drugging" the female. They stated that Happel was threatened earlier in the day by a male.

Meadville Area Ambulance arrived on scene and transported Happel to Meadville Medical Center. I arrived at Meadville Medical Center a short time later and tried to speak with Happel about who hit him. He stated that the last thing he remembered was standing in the hallway by the bathroom. He did not remember being punched. His friends stated that they did not see him get punched but picked him up off the ground and carried him outside. The ER doctor stated that they were going to transfer him to Hamot Hospital in Erie.

On April 8, 2019, I began work at 18:00 and spoke with Happel's mother on the phone. She stated that Happel had to have emergency surgery and they put three plates and fifteen pins in the left side of his face.

I, JARED M FRUM                    , BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

_____
(Signature of Affiant)

Sworn to me and subscribed before me this __11__ day of ___April___ , __2019__

_____
Date

_____, Magisterial District Judge

My commission expires  first Monday of January,  1-2022

SEAL

AOPC 411C – Rev. 07/18                                                                 Page 1 of 2

*EXHIBIT B*

*McDonald's Receipt*

# McDonald's

Meadville, PA

# $16.91

Apr 7 at 1:00 AM

*EXHIBIT C*

*Allegheny College Access Log*

Image.png

# Allegheny College

## Access Log

Date: 4/19/2019     Time: 1:55:46PM

Page: 1

| Tran Date | Patron ID | Patron Name | | Location | Handled | Offline | Sent | Message |
|---|---|---|---|---|---|---|---|---|
| 4/5/2019 8:35:22AM | 001489769 | Pinkney, Kobe | 1151021 | #3- WALK North West Door | | | C | Approved |
| 4/5/2019 10:12:44AM | 001489769 | Pinkney, Kobe | 1141031 | #6 BROO North Hallway Door | | | C | Approved |
| 4/5/2019 11:41:55AM | 001489769 | Pinkney, Kobe | 1141031 | #6 BROO North Hallway Door | | | C | Approved |
| 4/5/2019 10:06:13PM | 001489769 | Pinkney, Kobe | 1151051 | #6- WALK North East Door | | | C | Approved |
| 4/6/2019 1:09:42AM | 001489769 | Pinkney, Kobe | 1141101 | #2 BROO South Door | | | C | Approved |
| 4/6/2019 1:11:02AM | 001489769 | Pinkney, Kobe | 1141031 | #6 BROO North Hallway Door | | | C | Approved |
| 4/6/2019 1:56:20AM | 001489769 | Pinkney, Kobe | 1151021 | #3- WALK North West Door | | | C | Approved |
| 4/6/2019 11:26:01AM | 001489769 | Pinkney, Kobe | 1141031 | #6 BROO North Hallway Door | | | C | Approved |
| 4/6/2019 6:31:24PM | 001489769 | Pinkney, Kobe | 1151041 | #5- WALK Courtyard East | | | C | Approved |
| 4/6/2019 7:09:05PM | 001489769 | Pinkney, Kobe | 1141031 | #6 BROO North Hallway Door | | | C | Approved |
| 4/6/2019 7:35:28PM | 001489769 | Pinkney, Kobe | 1151021 | #3- WALK North West Door | | | C | Approved |
| 4/6/2019 11:32:09PM | 001489769 | Pinkney, Kobe | 1151051 | #6- WALK North East Door | | | C | Approved |
| 4/7/2019 1:17:31AM | 001489769 | Pinkney, Kobe | 1151011 | #1-WALK West Lobby | | | C | Approved |
| 4/7/2019 12:21:03PM | 001489769 | Pinkney, Kobe | 1151021 | #3- WALK North West Door | | | C | Approved |
| 4/7/2019 7:56:02PM | 001489769 | Pinkney, Kobe | 1141031 | #6 BROO North Hallway Door | | | C | Approved |

*EXHIBIT D*

*April 15, 2019 Press Release on behalf of Plaintff*

*EARL RAYNOR, ESQUIRE*
*ATTORNEY AT LAW*
*1800 JFK BOULEVARD*
*PHILADELPHIA, PA 19103*
*(215)254-0299*
*Fax: (914)663-5116*
*Email: earlraynor@yahoo.com*

April 15, 2019

Mr. Keith Gushard
The Meadville Tribune
947 Federal Street
Meadville, PA 16355

Re:  **Allegheny Student Faces Assault Charges**
     **Commonwealth v. Kobe Malik Pinkney,** MJ-30201-CR-0000126-2019

Dear Mr. Gushard:

I represent Kobe Malik Pinkney, who is charged with Aggravated Assault, for allegedly punching seventeen year old Rhett Happel unconscious and collapsing the left side of his face at Julian's Bar and Grill in the wee morning hours of April 7, 2018. On behalf of Mr. Pinkney, I would like to respond to your article "Allegheny Student Faces Assault Charges."

Contrary to your reporting about the incident, Kobe Pinkney was not the assailant, and is an innocent victim of a mis-identification, stemming from a suggestive identification process.

The victim does not recall the incident, and the lone witness to the incident described the assailant as an African-American male wearing braids.   Based on this description, three days after the incident, one of the persons who helped the Mr.

Happel, in the bathroom, Evan Haines, produced a photograph depicting two individuals, Jared Shaw who was apparently at the scene of the incident, along with Mr. Pinkney, apparently standing together.    Mr. Pinkney and Mr. Shaw are teammates on the Allegheny football team.    Upon being shown the photograph of Mr. Pinkney and Mr. Shaw, the witness identified Mr. Pinkney as the assailant, resulting in his arrest.

Contrary to the physical description given by the so called eyewitness, Mr. Pinkney does not and never has worn braids.    Also Mr. Pinkney has an airtight alibi, wherein he has never set foot in Julian's bar, because he is 20 years old, and, therefore, underage, and instead was at the Theta Chi frat party, coincident with the time of the incident, which can be corroborated by a number of witnesses who were at the party.

Clearly, Mr. Pinkney was misidentified because he was observed by the eyewitness in the photograph with Jared Shaw, who was at the scene of the assault. Upon investigation, it has come to our attention that the person who assaulted the victim is a friend of Mr. Shaw's from Syracuse, New York, who is African-American does have braids, and was with Mr. Shaw at Julian's.

Mr. Pinkney's arrest was arrested simply because he was in a picture with a bystander at the incident.    This travesty of justice has completely derailed his promising future, as a college scholarship athlete, and in the short term has disrupted the quality of life.    Both his cell phone and meal ticket have been confiscated, affording him limited communication with his family in Maryland. This young man, who as you noted volunteers in the Meadville community as a tax preparer for low income people, deserves better.

On behalf of Mr. Pinkney, I ask that your coverage of this case be balanced and fair.

Sincerely,

Earl Raynor, Esquire

*EXHIBIT E*

*April 15, 2019 Meadville Tribune Article of Defendant Keith Gushard*

https://www.meadvilletribune.com/news/allegheny-student-faces-assault-charges/article_9d6e9fc0-5f21-11e9-bea3-2f73b87a93bb.html

# Allegheny student faces assault charges

By Keith Gushard    Apr 15, 2019



A Maryland man is facing charges that he hit another man in the face so hard the victim had to have emergency surgery requiring three plates and 15 pins in the left side of his face.

Kobe M. Pinkney, 20, of 15617 Sir Edwards Drive, Upper Marlboro, has a preliminary hearing scheduled later this month on Meadville Police Department charges of aggravated assault, simple assault, harassment and disorderly conduct.

Pinkney punched the man in the face sometime between 1 and 1:28 a.m. April 7 at Julian's Bar & Grill for allegedly drugging a female, but the victim "was wrongfully being accused," according to court documents.

On Wednesday, police interviewed a witness at the Allegheny College Public Safety building, who stated the assault took place in the bathroom line at the restaurant, the arrest affidavit said.

Pinkney, a junior at Allegheny, was a running back on the college's 2018 football team. This spring, he has served as one of 30 Allegheny student volunteers at the Meadville Volunteer Income Tax Assistance program that offers the public free tax preparation.

The witness said Pinkney walked up to the man, tapped him on the shoulder and, when he turned around, he was punched once by Pinkney, who then walked away, according to the affidavit.

The victim was taken to Meadville Medical Center for treatment, but later transferred to UPMC Hamot in Erie, the affidavit said. The victim's mother told police that he had to have emergency surgery requiring three plates and 15 pins to repair the left side of his face, according to the affidavit.

Pinkney was arraigned Thursday before Magisterial District Judge Samuel Pendolino on the charges and placed in the Crawford County jail in lieu of $5,000 bail. He was able to post bond on Thursday, according to online jail records.

A preliminary hearing for Pinkney is scheduled April 25 before Pendolino.

*Keith Gushard can be reached at 724-6370 or by email at kgushard@meadvilletribune.com.*

**1 comment**

**Sign in**

**1 person listening**

| | | + Follow | | Post comment as... |
|---|---|---|---|---|

**Newest** | Oldest



**Nikola_Matic**                                             Apr 15, 2019
Depends if the man was actually trying to drug a female.. if he was then I applaud Pinkneys actions... if not then he will have to face discipline. You can't knock people out without substantial evidence.

Like   Reply

*EXHIBIT F*

*Affidavit of Jake Reidenbach*

COMMONWEALTH OF PENNSYLVANIA            :
                                        :  SS
COUNTY OF *Crawford*                    :

       Before me, the undersigned notary public, this day personally appeared Brian Hill, to me known, who duly sworn according to law, deposes and says as follows:

1. In the morning hours of of April 7, 2019, sometime past midnight going on 1 am, I was outside of Julian's Bar, located at 299 Chestnut Street, Meadville, Pennsylvania, when I saw a group of males come out of the Bar.

2. Shortly after the first group came out, I saw another group of males come out of the bar holding up a male who appeared to be injured.

3. I saw one of the males from the second group yell who "f'ing did this to him."

4. Immediately thereafter a male emerged from the first group, who said I hit him, and I'll hit all of you.

5. The male who admitted to hitting the injured man, and threatening the rest of his group, was an African-American male, wearing braids, who I recognized as Josiah Williams, a former football player at St. Francis.

6. At no time did I see Kobe Pinkney while at Julian's that evening.

                                    Jacob Reidenbach

Sworn to and subscribed before me

This **9** day of **May**, 2019

*Trichia A. Young*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Tricha A. Young, Notary Public
City of Meadville, Crawford County
My Commission Expires June 14, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

On Wed, May 8, 2019 at 11:15 AM Earl Raynor <earlraynor@yahoo.com> wrote:

*EXHIBIT G*

*Affidavit of Rosslin Watson*

COMMONWEALTH OF PENNSYLVANIA    :
                                                      :    SS
COUNTY OF _____    :

Before me, the undersigned notary public, this day personally appeared Roslin

Watson, to me known, who duly sworn according to law, deposes and says as follows:

1.    I am a student at Allegheny College in Meadville, Pennsylvania.

2.    On the night of April 6, 2019, I drove to the Theta Chi fraternity house,

located at North Main Street and Allegheny, with fellow students, Kobe Pinkney

and Brianna Kenney King, between 11:00 pm and 11:30 pm.

3.    The three of us remained on campus until 1:00 am, when as a group we

decided to go to McDonald's.

4.    We arrived back to campus around 1:30 am.

5.    I can attest that during that time none of us went to Julian's Bar, located

at 299 Chestnut Street, Meadville, Pennsylvania.

6.    I can also attest that Kobe Pinkney did not hit or fight anyone, while we

were together.

Rosslin Watson

Sworn to and subscribed before me
This _7_ day of _May_ 2019

_____
Notary Public

*EXHIBIT H*

5/16/2019 Meadville Tribune Article Written by Defendant Keith Gushard

https://www.meadvilletribune.com/charges-withdrawn-against-allegheny-student/article_1e65ac36-774b-11e9-9b25-27b14c1f4f3e.html

# Charges withdrawn against Allegheny student

By Keith Gushard Meadville Tribune    May 16, 2019



Charges have been withdrawn against a Maryland man accused of punching another man so hard in the face last month that the victim needed emergency surgery requiring three plates and 15 pins in the mans's face.

Charges of aggravated assault, simple assault, harassment and disorderly conduct were withdrawn Tuesday against Kobe M. Pinkney, 20, of 15617 Sir Edwards Drive, Upper Marlboro.

Meadville Police Department filed those charges against Pinkney on April 11 for allegedly striking a man in the face sometime between 1 a.m. and 1:28 a.m. April 7 at Julian's Bar & Grill.

According to court documents, Pinkney hit the man outside the restaurant's bathrooms for allegedly drugging a female, but the man "was wrongfully being accused."

According to the arrest affidavit, a witness said Pinkney walked up to the man who was standing in line for the bathroom at the restaurant. Pinkney then tapped the man on the shoulder and, when he turned around, he was punched once by Pinkney, who then walked away, the affidavit said.

The affidavit said victim was taken to Meadville Medical Center for treatment, but later transferred to UPMC Hamot in Erie.

The affidavit said the victim's mother told police that he had to have emergency surgery requiring three plates and 15 pins to repair the injuries to the left side of his face.

On Wednesday, Paula DiGiacomo, first assistant district attorney for Crawford County, said the charges against Pinkney were withdrawn "until the rest of the case can be investigated."

"Yes," DiGiacomo said when asked if Pinkney still was a suspect.

DiGiacomo declined further comment when asked if that meant charges may be refiled against Pinkney and additional people.

Pinkney, a junior at Allegheny, was a running back on the college's 2018 football team. This spring, he has served as one of 30 Allegheny student volunteers at the Meadville Volunteer Income Tax Assistance program that offers the public free tax preparation.

*Keith Gushard can be reached at 724-6370 or by email at* *kgushard@meadvilletribune.com.*



SPONSORED CONTENT