IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT COURT OF PENNSYLVANIA

_____
| | |
|---|---|
| KOBE PINKNEY, | : |
|     Plaintiff | : |
| | :    CIVIL ACTION |
|     v. | : |
| | : |
| MEADVILLE, PENNSYLVANIA, | : |
|     & | : |
| POLICE CHIEF MICHAEL J. TAUTIN, | : |
|     & | : |
| PATROLMAN JARED FRUM, | : |
|     & | : |
| ALLEGHENY COLLEGE, | : |
|     & | : |
| SERGEANT WILLIAM MERCHBAKER, | : |
|     & | : |
| FIRST ASSISTANT DISTRICT ATTORNEY PAULA DIGIACOMO | : |
|     & | : |
| MEADVILLE TRIBUNE, | : |
|     & | : |
| COMMUNITY NEWSPAPER HOLDING, INC., | : |
|     & | : |
| KEITH GUSHARD, | : |
|     Defendants, | : |

**CERTIFICATE OF SERVICE**

I, Earl Raynor, hereby certify that the foregoing Amended Complaint was filed electronically and is now available for viewing via the Court's ECF system.

                              Patrick M. Carey, Esquire & G. Michael Garcia, Esquire
                              717 State Street
                              Suite 701
                              Erie, PA 16501
                              Counsel for Defendants
                              City of Meadville, Pennsylvania
                              Chief of Police Michael Tautin
                              Patrolman Jared Frum
                                  G.  Jay Habas, Esquire
                                  717 State Street
                                  Suite 701
                                  Erie, PA 16501

Attorney for
Defendant Paula DiGiacomo


Jeffrey M. Weimer, Esquire
225 Fifth Avenue
Pittsburgh, PA 15222
Attorney for Defendants
Allegheny College &
Sergeant William Merchbaker


Charles Kelly, Esquire
& John A. Marty, Esquire
Counsel for Defendants
Meadville Tribune
Community Holdings, Inc.
Kevin Gushard

Date:   10/03/2019

Respectfully submitted:


 /s/ Earl Raynor
Earl Raynor, Esquire
PA Supreme Court I.D. No. 66849
1800 J.F.K. Boulevard
Third Floor
Box 103
Philadelphia, Pennsylvania 19103
(215)254-0299
Fax: (914)663-5116

*Counsel for Plaintiff*
*Kobe Pinkney*