UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-1051
_____

KOBE PINKNEY

v.

MEADVILLE, Pennsylvania; PATROLMAN JARED FRUM;
ALLEGHENY COLLEGE; DUNCAN FREELAND; JOE HALL

Jared Frum,
Appellant
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(W.D. Pa. No. 1-19-cv-00167)
Magistrate Judge: Honorable Richard A. Lanzillo
_____

Argued April 26, 2022
Before: HARDIMAN, NYGAARD and FISHER, *Circuit Judges*.
_____

**JUDGMENT**
_____

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was argued by counsel on April 26, 2022. On consideration whereof, it is now hereby

**ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered December 28, 2020, be and the same is hereby **VACATED** and **REMANDED** for further proceedings. All of the above in accordance with the opinion of this Court.

Costs shall not be taxed.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: May 23, 2022