IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| KOBE PINKNEY, | ) |
| | ) |
| Plaintiff | ) 1:19-CV-00167-RAL |
| | ) |
| vs. | ) RICHARD A. LANZILLO |
| | ) UNITED STATES MAGISTRATE JUDGE |
| MEADVILLE, PENNSYLVANIA, | ) |
| PATROLMAN JARED FRUM, | ) |
| | ) ORDER SCHEDULING HEARING AND |
| | ) ARGUMENT |
| Defendants | ) |
| | ) |

**ORDER**

AND NOW, this 15th day of June, 2022, pursuant to the remand instructions of the United States Court of Appeals for the Third Circuit [ECF No. 111], an evidentiary hearing and argument are scheduled for July 15, 2022, at 10:00 a.m. in Courtroom B to determine whether Plaintiff has waived his right to challenge the authenticity and completeness of the recording of the witness interview filed at ECF No. 93.  If the Court determines that Plaintiff has not waived his right to challenge the recording's authenticity and completeness, then the hearing will proceed immediately to determine whether the recording is authentic and complete.  On or before July 8, 2022, each party shall file a list of witnesses, if any, he intends to call and identifying the exhibits, if any, it wishes to offer during the hearing.  Each party may also file a brief in support of his position by the same date.

BY THE COURT:

_/s/ Richard A. Lanzillo_
RICHARD A. LANZILLO
UNITED STATES MAGISTRATE JUDGE