```
 1                        * * * * *
 2              OFFICER FRUM:  This is Officer Frum, Meadville City
 3   State Police Department.  It is Wednesday, April 10th, at 1636
 4   hours.  This is in regards to Incident No. 19-0003211.  It's
 5   an assault that happened at Julian's Bar in downtown
 6   Meadville.
 7              I'm sitting at Allegheny College Public Safety
 8   Building with Duncan Freeland.
 9              Duncan, could you state your full name for me
10   and give me your date of birth.
11        A.   Duncan Freeland, December 20th, 1996.
12        Q.   Okay.  And you were out at Julian's on -- I believe
13   it's a Saturday night?
14        A.   Yeah, it was Saturday night.
15        Q.   Okay.  And tell me what you saw, please.
16        A.   As I was standing in line at the bathroom, I saw an
17   African American boy about 6' feet tall.  Looked like he had
18   some kind of braids on his head.  And he came up, tapped Rhett
19   on the shoulder, and as soon as Rhett looked around, the boy
20   punched him and then immediately turned out and walked out
21   through Town Tav.
22        Q.   So he left through the Town Tavern side.
23        A.   Yes.
24        Q.   Okay.  Um --
25        A.   I don't -- I mean, I can't say for sure that he left
```

```
 1   right away, but, you know, I didn't see him the rest of the
 2   night, so --
 3         Q.    Okay.
 4         A.    -- I'm pretty sure he did.
 5         Q.    And -- and, obviously, this -- has it been going
 6   around school the last how many days?
 7         A.    Um, not the whole school, but I definitely heard
 8   talk of it.
 9         Q.    Okay.  And you spoke with friends of Rhett?
10         A.    Yeah.
11         Q.    Who was that?
12         A.    Evan Haines.
13         Q.    And --
14         A.    And his mother.
15         Q.    And Rhett's mother?  Or --
16         A.    Yeah.
17         Q.    Oh, okay.
18         A.    Yeah.
19         Q.    So Evan -- you stated earlier that Evan sent you a
20   picture.
21         A.    Yeah.
22         Q.    And in this picture, who was all in it?
23         A.    Jared Shaw and Kobe Pinkney.
24         Q.    Those are the only two individuals in the picture?
25         A.    Yeah.
```

2

```
 1         Q.    And from that picture, did you recognize anybody?
 2         A.    I recognized Kobe as looking an awful lot like who I
 3   saw throw the punch at the bar.
 4         Q.    Okay.  Did he have -- what was he -- well, did he
 5   have the braids in the picture?  Did -- do you remember that?
 6         A.    Looked like he had something.  So maybe --
 7         Q.    Similar to what he had on Saturday night?
 8         A.    Yeah.
 9         Q.    Okay.
10         A.    Because he sent -- like, Evan also sent two other
11   pictures, which looked like they were -- he had shorter hair
12   in those, but I have no idea when they were taken, so --
13         Q.    Okay.  So how many pictures did Evan actually send
14   you?
15         A.    Three.
16         Q.    Three?
17         A.    Um-hum.
18         Q.    And did all three of them look like the gentleman
19   that was at the bar Saturday night?
20         A.    Minus the hair in the last two, but yeah.
21         Q.    Okay.  Those same facial features, same --
22         A.    Yeah.
23         Q.    Okay.  All right.  And the other person in the
24   picture was Jared Shaw?
25         A.    Yeah.
```

1      Q.    And you know him from years of being his --
2      A.    Yeah.  Being in the same hall, being his R.A.
3      Q.    Okay.  And -- but you said you just seen him tap
4  Rhett on the shoulder, Rhett looked around.  You had seen Kobe
5  throw the punch.
6      A.    Yeah.
7      Q.    Okay.  You didn't hear anything being said?  Didn't
8  look like anything was being said?  It was just --
9      A.    Didn't hear or see anything being said.
10     Q.    Okay.
11     A.    It really looked like it was random to me, at first,
12 but -- yeah.
13     Q.    Okay.
14     A.    But after hearing that there was some back story, it
15 kind of made more sense then.
16     Q.    Okay.  What kind of clothing was he wearing?
17     A.    Um, looked like long pants, tennis shoes, and looked
18 like maybe some sort of jacket, but --
19     Q.    Did it look like he was there with anybody else
20 or --
21     A.    Not when I saw him.
22     Q.    Okay.  And you actually watched him walk out -- out
23 of the bar.
24     A.    Not out of the bar.  I watched him walk into Town
25 Tav.

```
 1        Q.   Oh, the Town Tavern side.
 2        A.   That's where I went shortly after.  I didn't see
 3   him, so I'm assuming he left.
 4        Q.   Okay.  All right.  Anything else that might help,
 5   that I might have not have covered, that you can think of?
 6        A.   Um, not that I know of.
 7             OFFICER FRUM:  It is now 1641.  I will conclude this
 8   interview.
 9                             * * * * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```