IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KOBE PINKNEY )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 1:19-CV-00167-RAL
MEADVILLE, PENNSYLVANIA, )
PATROLMAN JARED FRUM, )
ALLEGHENY COLLEGE, DUNCAN FREELAND, and )
JOE HALL )
Defendant(s) )

## **REPORT OF NEUTRAL**

A ___Mediation___ session was held in the above captioned matter on __August 13, 2024__.

The case (please check one):
_____X___has resolved
_____has resolved in part (see below)
_____has not resolved.

The parties request that a follow up conference with the Court should be scheduled within
_____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the
claim(s)/parties that remain.

Dated: ___8/19/2024___

___[signature]___

Signature of Neutral

Rev. 09/11