IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KOBE PINKNEY | CIVIL ACTION |
| Plaintiff | NO. 1:19-cv-00167-RAL |
| v. | |
| MEADVILLE, PENNSYLVANIA; PATROLMAN JARED FRUM; | |
| Defendants | JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this 30th day of September, 2024, upon consideration of the Plaintiff's Motion for Partial Voluntary Dismissal, it is ORDERED that the motion is granted and Defendants, Meadville, Pennsylvania, Patrolman Jared Frum and Police Chief Michael J. Tautin, are hereby dismissed, with prejudice.

_____
J.