IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT COURT OF
PENNSYLVANIA

| | |
|---|---|
| KOBE PINKNEY, | : |
|     Plaintiff | : |
| | :   CIVIL ACTION |
| v. | : |
| | : 1:19-cv-00167-RAL |
| MEADVILLE TRIBUNE, | : |
| & | : |
| COMMUNITY NEWSPAPER HOLDING, INC. | : |
| & | : |
| KEITH GUSHARD | : |
| & | : |
| ALLEGHENY COLLEGE, | : |
| & | : |
| WILLIAM MERCHBAKER | : |
| & | :   : |
| JOEHALL | : |
|     Defendants | : |

## NOTICE OF APPEAL

  Kobe Pinkney, the Plaintiff in the above captioned matter, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Order Granting the Defendants' Motion to Dismiss with Prejudice for all claims against Defendants Meadville Tribune, Community Newspaper Community Holding, Inc., Keith Gushard, Allegheny College, and William Merchbaker, entered on April 27, 2020, at (ECF 81), as well as the Order Granting the Dismissal with Prejudice of all Claims against Defendants Allegheny College and Joe Hall, entered on January 11, 2021, at (ECF 107).

Respectfully submitted:


 /s/ Earl Raynor
Earl Raynor, Esquire
PA Supreme Court I.D. No.
2929 Arch Street
7th Floor
Philadelphia, Pennsylvania 19104
(215)254-0299
Fax: (215)754-4398

*Counsel for*
*Kobe Pinkney*